

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID LANDERSMAN, | § | No. 08-24-00318-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| LEROY MEDLIN, | § | of Loving County, Texas |
| Appellee. | § | (TC# 24-03-1107) |

## **J U D G M E N T**

The Court has considered this cause on the limited record before it and for the reasons expressed in its Opinion has determined it lacks the time necessary to decide the case. Accordingly, the appeal is moot. And for the reasons expressed in its Opinion, because the appeal is moot, the Final Judgment in Cause No. 24-03-1107 pending in the 143rd District Court of Loving County, Texas, dated August 16, 2024, must also be vacated as moot. We therefore vacate the Final Judgment of the trial court below as moot and dismiss this appeal as moot. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER 2024.

PER CURIAM

Before Alley, C.J., Palafox and Soto, JJ.